# Proposed Report of Distribution

## Case: 07-52285 MACE, MARTIN PAUL

Report Includes ONLY Claims with a Proposed Distribution

FILED 2010 FEB -8 PM 1:30 U.S. BANKRUPTCY NORTHERN DISTRICT OH AKRON

| Case Balance: | $3,003.60 | Total Proposed Payment: | $3,003.60 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | KATHRYN A. BELFANCE, TRUSTEE <2200-00 Trustee Expenses> | Admin Ch. 7 | 23.60 | 23.60 | 0.00 | 23.60 | 23.60 | 2,980.00 |
|  | KATHRYN A. BELFANCE, TRUSTEE <2100-00 Trustee Compensation> | Admin Ch. 7 | 750.90 | 750.90 | 0.00 | 750.90 | 750.90 | 2,229.10 |
| SUBTOTAL FOR ADMIN CH. 7 | | | 774.50 | 774.50 | 0.00 | 774.50 | 774.50 | |
| 1 | Discover Bank/DFS Services LLC  Claim Memo: REVIEWED CLAIM | Unsecured | 13,008.26 | 13,008.26 | 0.00 | 13,008.26 | 684.05 | 1,545.05 |
| 2 | Credit First NA  Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM BRIDGESTONE/ FIRESTONE | Unsecured | 1,686.61 | 1,686.61 | 0.00 | 1,686.61 | 88.69 | 1,456.36 |
| 4 | AGMC  Claim Memo: REVIEWED CLAIM | Unsecured | 375.28 | 375.28 | 0.00 | 375.28 | 19.73 | 1,436.63 |
| 5 | Federated Retail Holdings,Inc./Kaufmans  Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Unsecured | 569.25 | 569.25 | 0.00 | 569.25 | 29.93 | 1,406.70 |
| 6 | Cuyahoga Falls General  Claim Memo: REVIEWED CLAIM | Unsecured | 55.40 | 55.40 | 0.00 | 55.40 | 2.91 | 1,403.79 |
| 7 | LVNV Funding LLC its successors and assigns as  Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM SEARS. | Unsecured | 2,582.72 | 2,582.72 | 0.00 | 2,582.72 | 135.81 | 1,267.98 |
| 8 | LVNV Funding LLC its successors and assigns as  Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM HOME DEPOT. | Unsecured | 1,508.65 | 1,508.65 | 0.00 | 1,508.65 | 79.33 | 1,188.65 |
| 9 | CACH, LLC  Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Unsecured | 22,117.78 | 22,117.78 | 0.00 | 22,117.78 | 1,163.06 | 25.59 |
| 10 | CAPITAL RECOVERY ONE  Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS JC PENNEY. | Unsecured | 486.72 | 486.72 | 0.00 | 486.72 | 25.59 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 42,390.67 | 42,390.67 | 0.00 | 42,390.67 | 2,229.10 | |

*[handwritten]* Ck # 110  
receipt # 81260